| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | ROSS E. CAMPBELL (SBN 75998) |
| 2 | KATHARINE L. WEST (SBN 191284) |
|   | SAMANTHA REARDON (SBN 240068) |
| 3 | 1900 University Avenue |
|   | East Palo Alto, CA 94303-2223 |
| 4 | Telephone: (650) 849-4400 |
|   | Facsimile: (650) 849-4800 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | Kaiser Foundation Hospitals, erroneously sued herein as |
|   | Kaiser Foundation Hospital |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | RONALD ROGER WARD, M.D., | No. C-06-02645 JCS |
| 13 | Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR KAISER FOUNDATION HOSPITALS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |
| 14 | v. | |
| 15 | KAISER FOUNDATION HOSPITAL, | |
| 16 | Defendant. | |

Case No. C-06-02645 JCS

STIPULATION FOR EXTENSION OF TIME FOR KAISER FOUNDATION HOSPITALS TO ANSWER OR OTHERWISE RESPOND TO DR. RONALD ROGER WARD'S COMPLAINT

PA/52182129.1

1      Pursuant to Civil L.R. 6-1(a), the parties hereby stipulate that Defendant Kaiser
2  Foundation Hospitals will be granted an extension of time up to and including June 19, 2006 to
3  answer or otherwise respond to Plaintiff Dr. Ronald Roger Ward's complaint.
4  **IT IS SO STIPULATED:**
5
6  DATED: May 4, 2006
7                                         BINGHAM MCCUTCHEN LLP
8
9
10                                         By: _____
11                                                Katharine West
12  DATED: May 5, 2006                    Attorneys for Defendant
                                                 Kaiser Foundation Hospitals
13
14                                         LEWIS & JOHNSON
15
16                                         By: _____
17                                                William Gordon Lewis
18                                                Attorneys for Plaintiff
                                              Ronald Roger Ward, M.D.
19
20  Dated: May 10, 2006
21

*[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*