1  BINGHAM MCCUTCHEN LLP
   ROSS E. CAMPBELL (SBN 75998)
2  KATHARINE L. WEST (SBN 191284)
   SAMANTHA REARDON (SBN 240068)
3  1900 University Avenue
   East Palo Alto, CA 94303-2223
4  Telephone: (650) 849-4400
   Facsimile: (650) 849-4800
5  Email: katharine.west@bingham.com
   Email: samantha.reardon@bingham.com
6
   Attorneys for Defendant
7  Kaiser Foundation Hospitals, erroneously sued herein as
   Kaiser Foundation Hospital
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 RONALD ROGER WARD, M.D.,         No. C-06-02645 JCS

14         Plaintiff,                STIPULATION FOR EXTENSION OF
         v.                          TIME FOR KAISER FOUNDATION
15                                   HOSPITALS TO ANSWER OR
   KAISER FOUNDATION HOSPITAL,       OTHERWISE RESPOND TO
16                                   COMPLAINT
           Defendant.
17

Case No. C-06-02645 JCS

STIPULATION FOR EXTENSION OF TIME FOR KAISER FOUNDATION HOSPITALS TO ANSWER OR
OTHERWISE RESPOND TO DR. RONALD ROGER WARD'S COMPLAINT

PA/62184557.1

1  Pursuant to Civil L.R. 6-1(a), the parties hereby stipulate that Defendant Kaiser
2  Foundation Hospitals will be granted an extension of time up to and including June 26, 2006 to
3  answer or otherwise respond to Plaintiff Dr. Ronald Roger Ward's complaint.
4  **IT IS SO STIPULATED:**
5
6  DATED: June 16, 2006
7
8                              BINGHAM MCCUTCHEN LLP
9
10                             By: /s/ Katharine West PER/
                                   Katharine West
11                                 Attorneys for Defendant
                                   Kaiser Foundation Hospitals
12  DATED: June 16, 2006
13
14                             LEWIS & JOHNSON
15
16                             By: /s/ Eliz. C. A. Johnson
                                   William Gordon Lewis
17                                 Attorneys for Plaintiff
                                   Ronald Roger Ward, M.D.
18
19  Dated: June 20, 2006

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2                                                              Case No. C-06-02645 JCS

STIPULATION FOR EXTENSION OF TIME FOR KAISER FOUNDATION HOSPITALS TO ANSWER OR
OTHERWISE RESPOND TO DR. RONALD ROGER WARD'S COMPLAINT

PA/52184557.1