| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | ROSS E. CAMPBELL (SBN 75998) |
| 2 | *ross.campbell@bingham.com* |
|   | KATHARINE L. WEST (SBN 191284) |
| 3 | *katharine.west@bingham.com* |
|   | SAMANTHA REARDON (SBN 240068) |
| 4 | *samantha.reardon@bingham.com* |
|   | 1900 University Avenue |
| 5 | East Palo Alto, CA  94303-2223 |
|   | Telephone:  (650) 849-4400 |
| 6 | Facsimile:  (650) 849-4800 |
| 7 | Attorneys for Defendant |
|   | Kaiser Foundation Hospitals, erroneously sued herein as |
| 8 | Kaiser Foundation Hospital |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD ROGER WARD, M.D., | No. C-06-02645 JCS |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR KAISER FOUNDATION HOSPITALS TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT |
| v. | |
| KAISER FOUNDATION HOSPITAL, | |
| Defendant. | |

Case No. C-06-02645 JCS

STIPULATION FOR EXTENSION OF TIME FOR KAISER FOUNDATION HOSPITALS TO ANSWER OR
OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT

PA/52189308.1

Pursuant to Civil L.R. 6-1(a), the parties hereby stipulate that Defendant Kaiser Foundation Hospitals will be granted an extension of time up to and including October 2, 2006 to answer or otherwise respond to Plaintiff Dr. Ronald Roger Ward's First Amended Complaint.

**IT IS SO STIPULATED:**

DATED: September 21, 2006

BINGHAM MCCUTCHEN LLP

By: /s/
Katharine West
Attorneys for Defendant
Kaiser Foundation Hospitals

DATED: September 21, 2006

LEWIS & JOHNSON

By: /s/
William Gordon Lewis
Attorneys for Plaintiff
Ronald Roger Ward, M.D.

**IT IS SO ORDERED:**

DATED: September 21, 2006

Judge Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE