1    BINGHAM MCCUTCHEON LLP
     ROSS E. CAMPBELL (SBN 75998)
2    *ross.campbell@bingham.com*
     KATHARINE L. WEST (SBN 191284)
3    *katharine.west@bingham.com*
     SAMANTHA REARDON (SBN 240068)
4    *samantha.reardon@bingham.com*
     1900 University Avenue
5    East Palo Alto, CA 94303-2223
     Telephone:  (650) 849-4400
6    Facsimile:  (650) 849-4800

7    Attorneys for Defendant
     Kaiser Foundation Hospitals, erroneously sued herein as
8    Kaiser Foundation Hospital

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12   RONALD ROGER WARD, M.D.,           )   Case No. C-06-02645 JCS
                                        )
13          Plaintiff,                  )   **SUBSTITUTION OF COUNSEL**
                                        )
14        v.                            )
                                        )
15   KAISER FOUNDATION HOSPITAL,        )
                                        )
16          Defendant.                  )
                                        )
17                                      )
                                        )
18   _____  )

19        Defendant KAISER FOUNDATION HOSPITALS (erroneously sued herein as "KAISER

20   FOUNDATION HOSPITAL") hereby substitutes Kari Erickson Levine, Seyfarth Shaw LLP,

21   560 Mission Street, Suite 3100, San Francisco, CA 94105, (415) 397-2823, in place of Ross E.

22   Campbell, Bingham McCutcheon LLP, as its counsel of record in this action.

23   DATED: January  *3* , 2007

24                                     *Patricia Rader*
                                     _____
25                                     KAISER FOUNDATION HOSPITALS

26

27

28

                                           1
     SUBSTITUTION OF COUNSEL – CASE NO. C-06-02645 JCS

1    The undersigned consents to the substitution.

2    DATED: January 4, 2007                    BINGHAM MCCUTCHEON LLP

3

4                                              By _____ for Ross Campbell

5                                                 Ross E. Campbell

                                               Attorneys for Defendant
6                                              KAISER FOUNDATION HOSPITALS
                                               (erroneously sued herein as "KAISER
7                                              FOUNDATION HOSPITAL")

8

9    The undersigned consents to the substitution.

10   DATED: January 3, 2007                    SEYFARTH SHAW LLP

11

12                                             By _____

13                                                Kari Erickson Levine

14

15   Dated:  Jan. 8, 2007

16                              UNITED STATES DISTRICT COURT
                                       IT IS SO ORDERED
17
                                      Judge Joseph C. Spero
18                              NORTHERN DISTRICT OF CALIFORNIA

19

20

21

22

23

24

25

26

27

28

                                           2

SUBSTITUTION OF COUNSEL – CASE NO. C-06-02645 JCS