|   |   |
|---|---|
| 1 | LEWIS & JOHNSON |
|   | Attorneys at Law |
| 2 | WILLIAM GORDON LEWIS (SBN: 95702) |
|   | 595 Market Street, Ste. 1350 |
| 3 | San Francisco, California 94105 |
|   | Telephone: (415) 538-1475 |
| 4 | Facsimile: (415) 538-1470 |
|   | williamgordonlewis@earthlink.net |
| 5 |   |
|   | LEWIS & JOHNSON |
| 6 | Attorneys at Law |
|   | ELIZ. C.A. JOHNSON (SBN: 153852) |
| 7 | Post Office Box 8 |
|   | Danville, California 94526 |
| 8 | Telephone: (925) 362-1010 |
|   | Facsimile: (925) 362-1015 |
| 9 | lewisandjohnson@mindspring.com |
| 10 | Attorneys for Plaintiff |
|   | Ronald Roger Ward, M.D. |
| 11 |   |
| 12 | SEYFARTH SHAW LLP |
|   | KARI ERICKSON LEVINE (SBN: 146101) |
| 13 | JONATHAN D. MARTIN (SBN: 188744) |
|   | 560 Mission Street, Suite 3100 |
| 14 | San Francisco, California 94105 |
|   | Telephone: (415) 397-2823 |
| 15 | Facsimile: (415) 397-8549 |
|   | klevine@seyfarth.com |
| 16 | jmartin@seyfarth.com |
| 17 | Attorneys for Defendant |
|   | KAISER FOUNDATION HOSPITALS (erroneously |
| 18 | sued as "KAISER FOUNDATION HOSPITAL") |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RONALD ROGER WARD, M.D., | ) Case No. C06-2645 JCS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|   | ) **REGARDING RESCHEDULING THE** |
| v. | ) **CASE MANAGEMENT CONFERENCE** |
|   | ) **SCHEDULED FOR FEBRUARY 16,** |
| KAISER FOUNDATION HOSPITAL, | ) **2007** |
| Defendant. | ) |

1  Pursuant to Northern District Local Rules 6-1(b) and 6-2, Plaintiff RONALD ROGER
2  WARD, by and through his attorneys of record, LEWIS & JOHNSON, Attorneys at Law, and
3  Defendant KAISER FOUNDATION HOSPITALS (erroneously sued as "KAISER
4  FOUNDATION HOSPITAL") by and through their attorneys of record, have met and conferred
5  regarding rescheduling the next Case Management Conference from its current date of February
6  16, 2007 at 1:30 pm to March 2, 2007 at 1:30 pm. Good cause exists for the continuance of the
7  conference for the following reasons:

8  1.  The Case Management Conference was set for February 16, 2007 prior to January
9  8, 2007 when Seyfarth Shaw LLP associated into the action as Trial Counsel.

10 2.  Ms. Levine is unavailable on February 16, 2007 at 1:30 as she leaves that
11 morning, returning the following Tuesday, for Hawaii. This tripped was planned using miles
12 tickets well over six months ago. She attempted to reschedule the flight, but there are currently
13 no other seats available using miles leaving either later on the 16th, or on the 17th or 18th.

14 IT IS HEREBY STIPULATED BY THE PARTIES that the Case Management
15 conference can be continued to March 2, 2007 at 1:30 pm and the parties request that the Court
16 Calendar be changed to reflect the new date.

DATED: January 18, 2007         SEYFARTH SHAW LLP

                                By _____
                                    KARI ERICKSON LEVINE
                                Attorneys for Defendants
                                KAISER FOUNDATION HEALTH PLAN,
                                INC. and
                                KAISER FOUNDATION HOSPITALS

DATED: January 17, 2007         LEWIS & JOHNSON

                                By _____
                                    William Gordon Lewis
                                Attorneys for Plaintiff
                                RONALD ROGER WARD
                                By Eliz. C. A. Johnson

## ORDER

The Stipulation of the parties to change the date of the Case Management Conference to March 2, 2007 at 1:30 pm as set forth in the foregoing Stipulation is hereby accepted by the Court as part of its Case Management Order and the parties are ordered to comply with this Order.

Dated: January 23, 2007



Hon. M[...] Spero
Judge of [...]

-3-
-- CASE NO. C06-2645 JCS