UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ROGER WARD,<br><br>    Plaintiff(s),<br><br>v.<br><br>KAISER FOUNDATION HOSPITAL,<br><br>    Defendant(s). | No. C06-2645 JCS (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO: Plaintiff(s) and their attorney(s) of record:

On December 22, 2007, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for February 13, 2007. Your statement was due Tuesday, February 6, 2007. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiff(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: February 7, 2007

                                            _____
                                            Bernard Zimmerman
                                      United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\WARD.LP.wpd

1